

# Notice of Service of Process

null / ALL
Transmittal Number: 22168914
Date Processed: 10/16/2020

| | |
|---|---|
| **Primary Contact:** | Amanda Ratliff<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Andrew Akey<br>Kacie Bertrand<br>Ashley Aubart |
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Menards, Inc |
| **Title of Action:** | Gino Tiberi vs. Menard, Inc. d/b/a Menards |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2020L010732 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 10/16/2020 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Jeremy D. Lee<br>815-726-1616 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons      (06/28/18) CCG N001

FILED
10/8/2020 10:30 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L010732

FILED DATE: 10/8/2020 10:30 AM 2020L010732

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Gino Tiberi

(Name all parties)    Case No. _____

v.

Menard, Inc. d/b/a Menards

☒ **SUMMONS**    ☐ **ALIAS SUMMONS**

To each Defendant: Menards, Inc. - R/A: Prentice Hall Co., 801 Adlai Stevenson Dr., Springfield, IL 62703

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.**

Witness: 10/8/2020 10:30 AM DOROTHY BROWN

Atty. No.: 46450

Atty Name: Zayed Law Offices

Atty. for: Plaintiff

Address: 195 Springfield Ave., 1st Flor

City: Joliet     State: IL

Zip: 60435

Telephone: 815-726-1616

Primary Email: service@zayedlaw.com

Secondary Email: _____

Tertiary Email: _____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person):

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org

FILED DATE: 10/8/2020 10:30 AM 2020L010732

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

FILED
10/8/2020 10:30 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

2020L010732

FILED DATE: 10/8/2020 10:30 AM  2020L010732

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **GINO TIBERI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) No. | |
| v. ) | |
| ) | |
| Menard, Inc. d/b/a Menards, ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, GINO TIBERI, by and through his attorneys, ZAYED LAW OFFICES, and complaining of the Defendant, MENARD, INC. d/b/a MENARDS, states as follows:

#### NEGLIGENCE

1. That on November 28, 2018, Defendant, MENARD, INC. d/b/a MENARDS ("MENARDS"), owned, operated, managed, maintained, and/or controlled a certain business and store at or near 21630 S. Cicero Ave., Chicago, Illinois ("Defendant's premises").

2. That on November 28, 2018, Plaintiff, GINO TIBERI ("TIBERI"), was lawfully walking towards the entrance to Defendant's premises, which was covered by an overhang/awning.

3. That on November 28, 2018, a defective and dangerous condition existed, in that the overhang/awning of Defendant's premises caused icicles/snow to accumulate and freeze above the entrance and directed frozen icicles/snow onto the entrance's walkway, thereby creating an unnatural accumulation of icicles/snow.

1

FILED DATE: 10/8/2020 10:30 AM 2020L010732

4 That at all relevant times, the unnatural accumulation of icicles/snow on the overhang/awning of Defendant's premises presented an unreasonable risk of harm to people lawfully on the property because the overhang/awning must be passed under to enter the Defendant's store.

5. That Defendant, MENARDS, by and through its agents, apparent agents, servants, or employees, knew, or in the exercise of ordinary care should have known, about that defective and dangerous condition that existed on the premises, including the unnatural accumulation of icicles/snow on the overhang/awning, and that it presented an unreasonable risk of harm to people lawfully on the property.

6. That Defendant, MENARDS, could have reasonably expected that people on its property would not discover the condition on the property or realize the danger it presented.

7. That on November 28, 2018, the unnatural accumulation of icicles/snow on the awning/overhang fell on Plaintiff, TIBERI, as he was walking towards the entrance of Defendant's premises.

8. At all relevant times, Defendant, MENARDS, owed a duty to exercise ordinary care to see that its premises were reasonably safe for use by those on its premises, including Plaintiff, TIBERI, and to provide reasonably safe ingress to and egress from its premises.

9. That at the aforesaid time and place the Defendant, MENARDS, breached that duty and was negligent in one or more of the following respects:

  a. carelessly and negligently designed and constructed the overhang/awning in a way that it allowed an unnatural accumulation of icicles/snow to develop on Defendant's premises;

  b. carelessly and negligently allowed the overhang/awning on Defendant's premises to exist in such a way that it created a dangerous and defective condition by causing an unnatural

        accumulation of icicles/snow above the entrance of Defendant's premises;

c.    carelessly and negligently failed to warn people lawfully on Defendant's premises of the dangerous and defective condition which caused an unnatural accumulation of icicles/snow on the overhang/awning above the entrance of Defendant's premises;

d.    carelessly and negligently designed and constructed Defendant's premises to allow its roof, eaves, and gutters to allow icicles/snow to unnaturally accumulate on the overhang/awning above the entrance of Defendant's premises;

e.    carelessly and negligently designed and constructed an improperly pitched overhang/awning roof above the entrance of Defendant's premises;

f.    failed to remove the icicles/snow from the overhang/awning above the entrance of Defendant's premises;

g.    failed to prevent the icicles/snow from forming on the overhang/awning above the entrance of Defendant's premises.

10.    That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions by Defendant, MENARDS, Plaintiff, TIBERI, has suffered injuries of a permanent, personal and pecuniary nature.

WHEREFORE, the Plaintiff, GINO TIBERI, demands judgment against the Defendant, MENARD, INC. d/b/a MENARDS, for an amount in excess of $50,000, together with the costs of this action.

Respectfully submitted,
/s/ Jeremy D. Lee

FILED DATE: 10/8/2020 10:30 AM 2020L010732

FILED DATE: 10/8/2020 10:30 AM 2020L010732

Adam J. Zayed—6301240
Jeremy D. Lee – 6306416
**Zayed Law Offices**
195 Springfield Ave., 1st Floor
Joliet, Illinois 60435
Tel: 815.726.1616
Fax: 815.726.1779
jlee@zayedlaw.com
Firm Id. 46450

4